STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ROY
PITMAN, PLAINTIFF IN ERROR.

Submitted December 10, 1923—Decided April 11, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 626.

For the defendant in error, *John O. Bigelow.*

For the plaintiff in error, *Braelow & Tepper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, JJ.  11.

*For reversal*—None.